FILED

1  Jack Locker _____ (Full Name)
2  jackolocker@gmail.com (Email Address)
3  419 Main St #317 (Address Line 1)
4  Huntington Beach, CA 92648 (Address Line 2)
5  (714) 858-6932 (Phone Number)
6  Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

2024 DEC 13 PM 2:13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY PD

IFP Submitted

SD
BO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Captain Jack,

PLAINTIFF,

vs.

Candidate Donald Trump

DEFENDANT(S).

Case No.: 8:24-cv-02697-MWF (ADSx)
(To be supplied by the Clerk)

**COMPLAINT FOR:**
Treason
Dereliction of Duty
Insurrection

**Jury Trial Demanded:** ☐ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under Central District of California

Revised: October 2023
Form Prepared by Public Counsel
© 2010, 2023 Public Counsel. All Rights Reserved.

## II. VENUE

2. Venue is proper pursuant to _____

## III. PARTIES

3. Plaintiff's name is __Jack Locker__. Plaintiff resides at: (mailing) 419 Main St suite 317 Huntington Beach, CA 92648 Plaintiff in Pro Per

4. Defendant __Candidate Donald Trump__ (mailing) 1100 S. Ocean Blvd. Palm Beach, FL 33480

5. Defendant _____

1      ___. Defendant _____
2      *Insert ¶ #*
3      _____
4      _____
5      _____
6      _____
7
8      ___. Defendant _____
9      *Insert ¶ #*
10     _____
11     _____
12     _____
13     _____
14
15     ___. Defendant _____
16     *Insert ¶ #*
17     _____
18     _____
19     _____
20     _____
21
22     ___. Defendant _____
23     *Insert ¶ #*
24     _____
25     _____
26     _____
27     _____
28

## IV. STATEMENT OF FACTS

President Trump lost every lawsuit challenging the outcome in his favor totalling over 60 court cases for lack of any evidence or merit that would change the outcome in his favor. He did not concede and lied over and over that the election was stolen from him and his voters to the American people.

He then organized a rally timed when the formerly peaceful transition of power occurs in Congress at the Capitol Building. He continued his angry rant that the election was stolen from the rally attendees even though it was evident to him that he lost. He then sent the rally attendees to "stop the steal" so he could remain in power.

This case will only focus on the 3 plus hour time period when the former Commander in Chief of the American military and law enforcement did nothing to help the people trapped inside the Capital Building and the outmanned Capitol Police who were trying to protect them. Even after President Trump received a note that someone was killed, he refused the

pleas of his Inner Circle to issue a statement to tell ~~the~~ his rally attendees to leave the Capitol grounds. During this time period the former Commander In Chief watched the violent attack on a White House television to see if his plan to remain in office would happen committing Treason, Dereliction of Duty and Insurrection as leader of his insurrection. The U.S. Constitution clearly states that someone who commits insurrection cannot be a representative, senator or president AGAIN. 4 people were killed in addition to some police officers who took their own lives in the aftermath. 174 police officers were injured. The Supreme Court previously ruled that Candidate Trump could remain on a ballot stating in effect that an individual state cannot remove a candidate ~~on~~ seeking office in a Federal election. The framers of the Constitution were clear. Former President Trump must be disqualified in a televised court case prior to the anniversary of his insurrection on January 6, 2025. 5 If he is found not guilty as charged, only then can he become the President again.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s)): _____

____. Candidate Trump must be tried for Treason and Dereliction of Duty as Commander in Chief during his Insurrection attack. The date of his Insurrection was January 6, 2021.

## SECOND CAUSE OF ACTION

(_____)
*insert title of cause of action*
(As against Defendant(s): _____
_____)

Insert ¶ # This case must be decided prior to Candidate Trump being sworn in again for a 2nd term as U.S. President.

Insert ¶ #

Insert ¶ #

7
*Page Number*

# THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

_____
*Insert ¶ #*

_____
*Insert ¶ #*

_____
*Insert ¶ #*

_8_
*Page Number*

# FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

___ Insert ¶ #

___ Insert ¶ #

___ Insert ¶ #

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* That according to the US Constitution, Candidate Donald Trump is ineligible to become president for leading his insurrection and must be disqualified.

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Dated: 12-13-2024
Sign: Captain Jack
Print Name: Captain Jack

10
Page Number