| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED<br><br>2024 DEC 13  PM 2: 14<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF<br>SANTA ANA<br><br>BY  PD |
|---|---|

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Captain Jack <br> Plaintiff(s), <br> v. <br> Candidate Donald Trump <br> Defendant(s) | CASE NUMBER: <br> 8:24-cv-02697-MWF (ADSx) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

**PARTY**  **CONNECTION / INTEREST**

I am not an attorney. I represent myself on behalf of the American People and individuals who lost their lives based on the lies by the former president resulting in his insurrection.

12-13-2024
Date

_Jack Locken_
Signature

Attorney of record for (or name of party appearing in pro per):